E. L. RICE V. STATE OF NEBRASKA.

FILED MARCH 1, 1893.    No. 5197.

ERROR to the district court for Lancaster county. Tried below before TIBBETS, J.

*William G. Clark,* for plaintiff in error.

*George H. Hastings, Attorney General, Adams & Scott,* and *N. Z. Snell,* for the state.

MAXWELL, CH. J.

The questions involved in this case are identical with those in *Sternberg v. State,* just decided, *ante,* p. 307, and the same judgment will be entered. The judgment of the district court is therefore

AFFIRMED.

THE other judges concur.